April 22, 2020
Christian Seneca Fields
Reg. No. 99390-179
FMC Ft. Worth
P.O. Box 15330
Fort Worth, TX 76119

RECEIVED
APR 27 2020
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY

United States District Court
Western District Of Louisiana
Lake Charles Division

United States of America
    Plaintiff-Respondent,

vs.

Criminal Case No. 2:05-CR-20014-002
U.S. District Judge Minaldi

Christian Seneca Fields
    Defendant-Movant.

COMPASSIONATE RELEASE:
EMERGENCY MOTION FOR
EXTRAORDINARY AND COMPELLING REASONS
PURSUANT TO 18 USC § 3582(c)(1)(A)
AND COVID-19 PANDEMIC

NOW COMES, Christian Seneca Fields [hereinafter "Movant"], and does hereby move this honorable court, pursuant to

page 1

18 USC §3582(c)(1)(A), under the provisions of the First Step Act of 2018 (for extraordinary and compelling reasons) and the Cares Act,[1] under the emergency directive of the United States Attorney General William Barr (for COVID-19 pandemic), to grant him immediate compassionate release, due to probable catastrophic health consequences.

In support of this motion Movant asserts the following extraordinary and compelling reasons warranting relief in light of COVID-19 pandemic:

1. Movant has a debilitating respiratory illness: sarcoidosis that directly affects his breathing from fluid building-up in his lungs, whereby he's currently prescribed 20mg Prednisone (an anti-inflammation steroid medication).

2. Movant has approximately four years remaining on his imposed term of imprisonment of 180 months for Conspiracy to Possess with Intent to Distribute Methamphetamine, Cocaine Base and Marijuana, and Possession of a Firearm During and in Relation to a Drug Trafficking Crime.

---

1. SEE, U.S. v Latrice Colvin, No. 3-19-cr-179(JBA), U.S. Dist. Court of Connecticut, Apr. 2, 2020

page 2

3. Movant filed his initial grievance seeking relief (see attach-ment); however, further exhaustion would be futile to granting relief - while awaiting review- when 17 prisoners have already tested positive for COVID-19 (April 8, 2020).

4. This prison's warden has placed mandatory "social-distancing" restrictions upon us all (April 10, 2020), and he has evacuated 100 plus prisoners from one housing unit to another to convert the former unit into a "quarantine" unit, whereby a large number have already been admitted for testing, observation, and "treatment".

5. Movant, as mostly all others similarly situated individuals, is panic stricken with the advent of multiple deaths that'll indiscriminately bring incipient catastrophic health consequences.

6. Movant also has a liberty interest for immediate compassionate release, due to the FSA's provision of revising mandatory minimums. Although his indictment avers he was being charged for 50 gr. or more of Cocaine Base (10 yrs. to Life) and sentenced to 180 months or 15 years, Movant only pled guilty to 4.89 gr., whereas had the FSA been in effect at time he was sentence he would've only received a minimum of 5 years to 40 years, accordingly.

7. Movant is not a danger to the community; has no detainer or Public Safety Factor; no court obligations for payment; and he's developed several transferable skills for employment readi-

ness. [18 USC §3142(g)]

8. Despite any infractions Movant has incurred, the imminent danger he's countenanced with far outweighs his institutional adjustment under U.S.S.G. § 1B1.13

Wherefore, Movant prays for an Order granting immediate compassionate release of his duration of confinement, based on the extraordinary and compelling reasons enumerated above, because 1, there's no treatment/cure to combat COVID-19 and 2, under the changes in law of the FSA, his minimum sentence would've been at least 5 years less, warranting his immediate release.

Executed on this 22nd day of April, 2020.

Respectfully Submitted,

C. Fields

page 4

## Certificate of Service

I do hereby certify that I did send a true and correct Motion for Compassionate Release, to the clerk of the court, postage prepaid, through inmate legal mailbox procedures, to the address listed below, on this 22nd day of April, 2020:

Clerk, U.S. District Court
Western District Of Louisiana
300 Fannin St., Ste. 1167
Shreveport, LA 71101-3083

