Christian Fields
#99340-179
Federal Medical Center
P.O. Box 15330
Fort Worth, TX 76119

RECEIVED
APR 27 2020
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY ___

Federal Correctional Institution
3150 Horton Rd.
Ft. Worth, Texas 76119
Date 4/23/20

This enclosed letter/was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

Clerk, U.S. District Court
Western District of Louisiana
U.S. Courthouse
300 Fannin St., Ste. 1167
Shreveport, LA 71101-3083

Legal Mail

