UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 2:05-cr-20014-02 |
| VERSUS | JUDGE CAIN |
| CHRISTIAN SENECA FIELDS | MAGISTRATE JUDGE KAY |

**SUPPLEMENTAL RESPONSE TO COURT'S ORDER**

NOW INTO COURT, through undersigned counsel, comes CHRISTIAN SENECA FIELDS, (hereinafter referred to as Mr. Fields), who respectfully shows:

1.

On May 25, 2020, Mr. Fields filed a RESPONSE TO COURT'S ORDER.  The information contained herein is to supplement that original response, and provide Your Honor with additional information.

2.

On Thursday afternoon, May 28, 2020, Mr. Robert Abendroth, Assistant U.S. Attorney, provided undersigned counsel with a copy of Mr. Fields' BOP medical records for the years 2016 through May 14, 2020.  The total amount of pages is 711.  I spoke with Mr. Abendroth yesterday afternoon.  I believe he intends to offer the Court a complete copy.  I intend to attach selected pages of those records to this supplemental response.  Where they are highlighted, the highlighting was done by me.  I also informed Mr. Abendroth that the last page of Exhibit One to Mr. Fields' RESPONSE TO COURT'S ORDER was **not** a response by the Warden to Mr. Fields' request, it was sent to me by Mr. Fields as an example of the form letter that other inmates were receiving denying their requests.

3.

The medical records clearly show that Mr. Fields has Sarcoidosis of the lung.  I have attached Exhibit 3, 17 pages of Mr. Fields medical records taken from the 711 pages Mr. Abendroth sent to me.  They are bates numbered in the upper left corner.  In 2016, Mr. Fields' report of problems, and physical examination, caused medical providers to suspect sarcoidosis, tuberculosis, pnuemonia, and bacterial or fungal infections.  On April 13, 2017, it was recommended that Mr. Fields be placed in a negative pressure isolation room.  Exhibit 3, page 5.  Although Mr. Fields denied any of the symptoms of TB, it appears that he was treated for TB.  Exhibit 3, pages 6 and 7.  On April     2, 2020, Mr. Fields was prescribed Doxycycline Hyclate, 100 mg orally, twice a day, for 10 days, and prednisone, 20 mg, each day, for 30 days.

4.

In an email that Mr. Fields sent me on May 11, 2020, he explained the risk at the BOP Ft. Worth Medical Center, and pointed out that you can't socially distance when you're sleeping two feet apart, using common showers, toilets, faucets, HVAC, and cell doors have been removed in compliance with PREA (Prison Rape Elimination Act).

5.

This afternoon I spoke with Ms. Ilona Clausen, 15319 Paseo Del Rey Dr., Houston, TX 77083, (713) 499-9630.  She is Mr. Fields' aunt.  If  he is released, he will live with her.  She is disabled, and will be 51 years old on June 9.  It should also be noted that, as far as any risk to the public, the BOP medical records indicate that before he was transferred to Ft. Worth FMC, he was designated to the camp at Beaumont.  The BOP website shows that their Beaumont complex includes a high security USP, with an address of 6200 Knauth Rd., Beaumont TX, 77705, a medium security

2

FCI, with an address of 5830 Knauth Rd., Beaumont, TX 77705, and a low security FCI, with an adjacent minimum security satellite camp, with an address of 5560 Knauth Rd., Beaumont, TX, 77705.  The outside provider medical documents at pages 1, 2, and 12, of Exhibit 3, are addressed to Camp–FCC Beaumont, 5430 Knauth Rd., Beaumont, TX, 77720. The BP-A0665, Tuberculosis Case/Suspect Report And Referral, a Federal Bureau of Prisons form, page 3 of Exhibit 3, shows the facility as FCC Beaumont Camp.

6.

This request for compassionate release has obvious merit.  We are not enrolling on every request , but are screening requests and reviewing the alleged facts, or medical conditions, that are alleged by an inmate applicant.  Here, Mr. Fields was diagnosed only after he came into BOP custody.  There are physical medical findings that support his diagnosis of sarcoidosis of the skin and lungs.  Although the five years of medical records given to me by Mr. Abendroth contain references to dental treatment, vaccination administration, and a finger injury suffered at recreation, the 711 pages deal mainly with his lung problems and the eventual diagnosis of sarcoidosis.  Mr. Fields' presentence report shows that he has been detained since November 9, 2009.  Accordingly, on June 9, 2020, he will have served 127 months of a 180 month sentence, about 70.5% of his sentence.  The BOP  inmate locator shows that he has a projected release date of September 12, 2023, approximately 38 more months.  Regarding any alleged public safety factor, I believe the Court is entitled to assume that BOP is not designating dangerous inmates to camps, the lowest security facilities operated by BOP.

3

7.

Mr. Fields is requesting that he immediately be granted compassionate release.  I would happily address, in writing, any specific concerns that the court may have.  I know that Mr. Asbendroth will be filing an opposition on behalf of the United States, and Mr. Fields and I would appreciate an opportunity for oral argument.  Mr. Fields would of course waive his presence and consent that this argument be conducted by video or telephone.  If the Court wishes to hear from Mr. Fields or his aunt, Ms. Clausen, they are both willing to testify.

RESPECTFULLY SUBMITTED,

REBECCA L. HUDSMITH
FEDERAL PUBLIC DEFENDER FOR THE
MIDDLE AND WESTERN DISTRICTS OF LOUISIANA

By: S/_____
   **WAYNE J. BLANCHARD (LA BAR #3113)**
   Assistant Federal Public Defender
   102 Versailles Blvd., Suite 816
   Lafayette, Louisiana  70501
   (337)262-6336 (Office)     (337)262-6605 (Fax)

   Counsel for Christian Seneca Fields

4

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above SUPPLEMENTAL RESPONSE TO COURT'S ORDER has been served on Mr. Robert Abendroth, Assistant U.S. Attorney, 800 Lafayette St., Suite 2200, Lafayette, LA 70501-6832, via CM/ECF, and Mr. Christian Seneca Fields, 99390-179, FMC Ft. Worth, P.O. Box 15330, Ft. Worth TX, 76119, by first class United States mail with proper postage affixed.

Lafayette, Louisiana, June 2, 2020.

S/_____
**WAYNE J. BLANCHARD (LA BAR #3113)**
Assistant Federal Public Defender
102 Versailles Blvd., Suite 816
Lafayette, Louisiana  70501
(337)262-6336 (Office)     (337)262-6605 (Fax)

Counsel for Christian Seneca Fields