

## Advanced Diagnostics Healthcare
### Final Report

Accession: 9CA4044-1514417

Camp -- FCC Beaumont
FBOP 5430 Knauth Rd, Beaumont, Texas, 77720

Patient Name: FIELDS, CHRISTIAN
MRN:
SS: 099390179
Ordering Physician: Plessala, Heather
Exam Date: 7/6/2016
Exam Type: X-Ray 71010 - CHEST 1 VIEW
External Notes: Reg # 99390-179

DOB: 6/18/1982
Gender: M
Age: 34

Clinical Reason: rule out sarcoidosis

Chest AP, one view

Findings: The heart and pulmonary vessels are unremarkable. There are patchy bilateral infiltrates in both lungs, right greater than left. No pleural effusions or pneumothorax.

Impression:

1. Patchy infiltrates in both lungs, right greater than left, may be seen with an infectious, inflammatory or autoimmune process. Further evaluation with CT chest recommended.

Electronically signed by   Gidwani M.D., Girish         7/6/2016 2:15:14 PM

\* 9CA4044-1514417 \* FIELDS, CHRISTIAN \* 6/18/1982 \* 099390179 \* M \*
**Radiology Report**

https://ww2.adhealthcare.com/login/signed_report.aspx?accession=9CA4044-1514417          7/8/2016

FIELDS, CHRISTIAN - On 4/13/2017
000002
Page 1 of 1



**Advanced Diagnostics Healthcare**

### Final Report

Accession: 9CA4044-1586417

Camp -- FCC Beaumont
FBOP 5430 Knauth Rd , Beaumont , Texas , 77720

Patient Name: FIELDS , CHRISTIAN
MRN:
SS: 099390179
Ordering Physician: Cockerham , April
Exam Date: 4/13/2017
Exam Type: X-Ray 71020 - CHEST 2 VIEWS
External Notes: Reg # 99390-179

DOB: 6/18/1982
Gender: M
Age : 34

Clinical Reason: follow from 2017 04 06 2 view chest x-ray

Chest 2 Views:

Comments:

The trachea appears midline.

The heart appears top normal in size.

Diffuse right lung infiltrates are noted. Patchy infiltrates in the left upper lobe are seen.

No pneumothorax.

Impression:
1. Diffuse right lung infiltrates. Developing infiltrates within the left upper lobe.
2. Pneumonia is suspected. Atypical bacterial infections or fungal infection will need exclusion. Tuberculosis cannot be excluded. Follow-up exam is recommended.
3. Findings appear worse compared to the prior study.

Electronically signed by   Amesur M.D., Sandeep             4/13/2017 10:28:36 AM

\* 9CA4044-1586417 \* FIELDS, CHRISTIAN \* 6/18/1982 \* 099390179 \* M \*
**Radiology Report**

https://ww2.adhealthcare.com/login/signed_report.aspx?accession=9CA4044-1586417          4/13/2017

000003

FCC Beaumont Camp

BP-A0665
MARCH 12

**TUBERCULOSIS CASE/SUSPECT REPORT AND REFERRAL   CDFRM**

U.S. DEPARTMENT OF JUSTICE                                     FEDERAL BUREAU OF PRISONS

*Within one working day of suspecting active TB, send by email to Region & Central Office infectious disease email boxes and by fax to local health department. Send updates as data becomes available. Scan updates into BEMR Document Manager as "Flowsheet," "TB Report."*

**Report Dates:** (1) 04/14/2017  (2) 04/19/2017  (3) __/__/____  (4) __/__/____  (5) __/__/____
**Staff Initials:** (1) KL  (2) BW  (3) ____  (4) ____  (5) ____

### REPORTING INFORMATION

**BOP Facility:** FCC Beaumont   **Address** 6200 Knauth RD.   **City** Beaumont   **State** Tx.   **ZIP** 77705
**BOP Staff Contact:** Mrs Scarlett Lusk-Edwards   **Reported to:** K Williams LVN   **Health Dept. Date:** 04/14/2017

### DEMOGRAPHICS

**BOP Reg #:** 99390-179   **Inmate Name:** Last Fields   First Christian   MI S
**Alien (INS) #** (SENTRY-pp41): _____   **Inmate Alias:** Last _____   First _____   MI __
**Date of Birth:** 06/18/82   **Sex at Birth:** ☑Male ☐Female   **Race:** (select one or more) ☐American Indian/Alaska Native ☐Asian ☑Black ☐Native Hawaiian/Other Pacific Islander ☐White
**Ethnicity:** ☐Hispanic/Latino ☑Not Hispanic/Latino
**Country of Birth:** ☑U.S.(or born abroad to U.S. parents) ☐_____
**Date entered current BOP custody** (SENTRY-pp37): 03/28/2011
**Month/Year arrived in U.S. for the first time:** __/____
**Date entered current BOP facility** (SENTRY-pp37): 04/1/2015
**Primary Language:** ☑Eng ☐Span ☐_____ **Need interpreter?** ☐Y ☑N
**Projected release date** (SENTRY-pp44): 11/07/2022 ☐"Unknown"

### TB HISTORY AND EVALUATION

1. **Reason evaluated for TB disease** (check all that apply):
   ☐Inmate being treated for active TB at intake to this facility
   ☐Intake screening  ☐TB symptoms  ☐Contact to a TB case
   ☐Annual screening  ☑Abnormal CXR ☐Other: _____

2. **At time of initial TB report, TB was:** ☑Suspected ☐Confirmed

3. **Status at TB diagnosis:** ☑Alive ☐Dead

4a. **Most recent tuberculin skin test(s):** ☐Not tested
    ☑Tested: Date: 04/14/2017  0 mm   Date: 02/03/2017  0 mm

4b. **Interferon gamma release assay (IGRA):** ☐Not tested
    ☑Tested: Test Type: ☑QuantiFERON ☐T-Spot Date: 04/13/2017
    Result: ☐Positive ☐Negative ☐Indeterminate

5a. **Prior dx of TB disease:** ☑N ☐Y Year? ___ Where? _____
5b. **Prior TLTBI (prophy):** ☑N ☐Y Year? ___ Where? _____

6. **TB symptoms** (check all that apply): ☐No symptoms observed
   ☑Cough x 3 weeks ☐Productive cough ☐Coughing up blood
   ☐Fever ☐Chills ☐Chest pain ☐Weight loss: ___ lbs in ___ wks
   Comments: _____

7. **HIV status:** Date tested: 04/17/2017 ☐Positive ☑Negative
   ☐Indeterminate ☐Refused ☐Not offered
   If positive: CD4 Date: __/__/____ Result: _____ cells/mm³
   ART Regimen? ☐N ☐Y Specify: _____

8. **Other medical conditions:** _____

9a. **Chest x-ray:** Date 04/13/2017 ☐Not done
    Result: ☐Neg ☐Abnl (not consistent w/ TB) ☐Abnl (consistent w/ TB)
    Evidence of: Cavity? ☐Y ☑N ☐Unk  Miliary TB? ☐Y ☑N ☐Unk
    Reading: infiltrates, pneumonia suspected, atypical bacterial infection or fungal infection needs exclusion. TB cannot be excluded.

9b. **CT/Other scan:** Date __/__/____ ☑Not done
    Result: ☐Neg ☐Abnl (not consistent w/ TB) ☐Abnl (consistent w/ TB)
    Evidence of: Cavity? ☐Y ☐N ☐Unk  Miliary TB? ☐Y ☐N ☐Unk
    Reading: CT of chest ordered on 4/18/17 awaiting appointment.

10. **Airborne infection isolation:** ☑Y ☐N
    If yes: Date isolated: 04/13/2017 Date released: 04/19/2017
    Where?: ☑BOP facility ☐Hospital: _____

**Other pertinent information:** _____

**11a. TB Risk Factors**
*Within the past year:*
Excess alcohol use:        ☐Y ☐N ☑Unk
Non-injection drug use:    ☐Y ☐N ☑Unk
Injection drug use:        ☐Y ☐N ☑Unk
Homeless:                  ☐Y ☑N ☐Unk
Occupation: _____

**11b. Additional TB Risk Factors**
*Check all that apply:*
☐Prior positive TST & no TLTBI (prophy)
☐Incomplete TLTBI (prophy)
☐TNF-α antagonist therapy
☐Post organ transplantation
☐End stage renal disease
☐Diabetes mellitus

*Within the past two years:*
☐Contact to infectious TB patient
☐Contact of multiple drug resistant TB patient
☐Missed TB contact

☐*No additional TB risk factors*

## LabCorp
Laboratory Corporation of America

**Patient Report**

Specimen ID: 104-596-0074-0
Control ID: FPS42043085

**FIELDS, CHRISTIAN**

Acct #: 42043085
FCC Prison-Low
5560 Knauth Rd
5560 Knauth Rd.
BEAUMONT TX 77705

Phone: (409) 727-8172   Rte: 99

**Patient Details**
DOB: 06/18/1982
Age(y/m/d): 034/09/26
Gender: M    SSN:
Patient ID: 99390179

**Specimen Details**
Date collected: 04/13/2017 1930 Local
Date received: 04/14/2017
Date entered: 04/14/2017
Date reported: 06/07/2017 0847 ET

**Physician Details**
Ordering:
Referring:
ID: HARMOUSH
NPI:

**General Comments & Additional Information**
Clinical Info: SRC: SOURCE NOT INDICATED
Clinical Info: SPUTUM

**Ordered Items**
Mtb NAA+AFB Smear/Cult/ID; Acid Fast Smear+Culture

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **Mtb NAA+AFB Smear/Cult/ID** | | | | | |
| M tuberculosis, NAA | Negative | | | Negative | 01 |

Validation studies at LabCorp have demonstrated that PCR testing is highly sensitive for the detection of Mycobacterium tuberculosis complex in smear negative or smear positive specimens. PCR results should be used in conjunction with laboratory test results and the patient's clinical profile.
This test was developed and its performance characteristics determined by LabCorp. It has not been cleared or approved by the Food and Drug Administration.

| | | | | | |
|---|---|---|---|---|---|
| AFB Specimen Processing | | | | | |
| Concentration | | | | | 01 |
| **Acid Fast Smear+Culture** | | | | | |
| AFB Specimen Processing | | | | | |
| Concentration | | | | | |
| Acid Fast Smear | Negative | | | | 02 |
| Acid Fast Culture | Negative | | | | 02 |
| No acid fast bacilli isolated after 6 weeks. | | | | | 02 |

| 01 | BN | LabCorp Burlington 1447 York Court, Burlington, NC 27215-3361 | Dir: William F Hancock, MD |
| 02 | DA | LabCorp Dallas 7777 Forest Lane Suite C350, Dallas, TX 75230-2544 | Dir: CN Etufugh, MD |

For inquiries, the physician may contact Branch: 713-856-8288  Lab: 800-762-4344

FCC BEAUMONT-LOW
MEDICAL DEPARTMENT
P O. BOX 26025
BEAUMONT, TX 77720

Date Issued: 06/07/17 0941 ET

**FINAL REPORT**

Page 1 of 1

This document contains private and confidential health information protected by state and federal law. If you have received this document in error, please call 713-856-8288

© 1995-2017 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | FIELDS, CHRISTIAN SENECA | | Reg #: | 99390-179 |
| Date of Birth: | 06/18/1982 | Sex: M  Race: BLACK | Facility: | BMP |
| Note Date: | 04/13/2017 13:51 | Provider: Polavarapu, Sreedhar | Unit: | G02 |

Admin Note - Chart Review encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE 1**        Provider: Polavarapu, Sreedhar MD

Inmate is having LRTI symptoms:
repeat CXR, was reported as, 'diffuse Bilateral- infiltrates'..
Fungal & atypical bact. etiologies suggested; along with Mycobacteria!
PPDs were repeatedly Negative.

ACE levels -ve;  ESR= (mere)16
RF+/ANA-ve
TB-GOLD test was already ordered [labs drawn]

DDx:
1] ATYPICAL Pneumonia: Fungal Vs Atypical Bacteria
2] ILD / Bronchiectasis
3] ?Sarcoid
4] Occult Cancer process
.....Pulm. TB is last [but not the least]..

for the benefit of doubt and per Protocols,
Inmate should be transferred to a NEGATIVE- PRESSURE Isolation room & Sputum samplesX3 would be collected!

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 04/12/2017 | 13:32 BMX | 98.1 | 36.7 | Tympanic | Uribe, C. B RN |
| 04/07/2017 | 10:22 BMX | 98.3 | 36.8 | Tympanic | Young, Ruby LVN |
| 04/06/2017 | 09:00 BMX | 98.2 | 36.8 | | Uribe, C. B RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 04/12/2017 | 13:32 BMX | 78 | Brachial | | Uribe, C. B RN |
| 04/07/2017 | 10:22 BMX | 64 | Via Machine | | Young, Ruby LVN |
| 04/06/2017 | 09:00 BMX | 80 | | | Uribe, C. B RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 04/12/2017 | 13:32 BMX | 18 | Uribe, C. B RN |
| 04/07/2017 | 10:22 BMX | 18 | Young, Ruby LVN |
| 04/06/2017 | 09:00 BMX | 18 | Uribe, C. B RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 04/12/2017 | 13:32 BMX | 138/79 | Left Arm | Sitting | Adult-regular | Uribe, C. B RN |
| 04/07/2017 | 10:22 BMX | 130/62 | Left Arm | Sitting | | Young, Ruby LVN |
| 04/06/2017 | 09:00 BMX | 130/78 | Left Arm | Sitting | Adult-regular | Uribe, C. B RN |

Generated 04/13/2017 14:27 by Polavarapu, Sreedhar        Bureau of Prisons - BMP        Page 1 of 3

# Bureau of Prisons
## Health Services
### Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: FIELDS, CHRISTIAN SENECA | | Reg #: 99390-179 |
| Date of Birth: 06/18/1982 | Sex: M Race: BLACK | Facility: BML |
| Encounter Date: 04/17/2017 07:48 | Provider: Whittington, Brandi | Unit: H04 |

**Infectious Disease - Active TB monitoring encounter performed at Health Services.**

**SUBJECTIVE:**

**COMPLAINT 1**      **Provider:** Whittington, Brandi LVN/IDC
   **Chief Complaint:** Cough
   **Subjective:** Resp. Isolation [NEGATIVE pressure Room]
   Abnormal CXR.

   Denies any signs are symptoms of TB such as coughing up blood, fever/chills, night sweats, weight loss, SOB.

   **Pain:** Does have prolonged cough
   No

**ROS:**
   **Pulmonary**
      **Respiratory System**
         Yes: Within Normal Limits, Cough - Productive
         No: Hx of Treatment for TB, Hx Positive TB Skin Test, Hx Tuberculosis, Night Sweats, Orthopnea, Pleurisy, Shortness of breath, Sputum - Blood Tinged, Sputum - Change
   **Active TB Monitoring**
      **Vital Sign Review**
         Yes: Current temperature entered (see VS), Current weight entered, Previous weight reviewed
      **TB Symptoms**
         Yes: Coughing
         No: Chest Pain, Coughing up blood, Fever, Night sweats
      **Review of current regimen**
         No: On medication for TB, Compliant with current regimen
      **Vision Screen**
         No: On Ethambutol
      **Adverse Reactions**
         No: Nausea, Abdominal pain, Vomiting, Appetite loss, Weight loss, Dark urine, Fatigue, Headache, Memory loss, Numbness in hand/feet, Seizure, Vision Decrease, Yellow skin or eyes
      **Potential Items for follow up**
         No: AFBs X 3 indicated (order in CPOE), Chest X-ray indicated (order in CPOE), LFTs indicated

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 04/17/2017 | 04:52 BMX | 97.6 | 36.4 | | Welch, Patricia LVN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 04/17/2017 | 04:52 BMX | 82 | | | Welch, Patricia LVN |

**Respirations:**

Generated 04/17/2017 08:18 by Whittington, Brandi LVN/IDC     Bureau of Prisons - BML     Page 1 of 3

| Inmate Name: | FIELDS, CHRISTIAN SENECA | | | | | Reg #: | 99390-179 |
|---|---|---|---|---|---|---|---|
| Date of Birth: | 06/18/1982 | | Sex: | M | Race: BLACK | Facility: | BML |
| Encounter Date: | 04/17/2017 07:48 | | Provider: | Whittington, Brandi | | Unit: | H04 |

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 04/17/2017 | 04:52 BMX | 18 | Welch, Patricia LVN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 04/17/2017 | 04:52 BMX | 130/74 | | | | Welch, Patricia LVN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 04/17/2017 | 04:52 BMX | 99 | Room Air | Welch, Patricia LVN |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 04/17/2017 | 04:52 BMX | 69.0 | 175.3 | Welch, Patricia LVN |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 04/17/2017 | 04:52 BMX | 161.5 | 73.3 | | Welch, Patricia LVN |

**ASSESSMENT:**

No Significant Findings/No Apparent Distress
==TB suspect: Prolonged cough and abnormal chest x-ray==
PPD Hx 0 mm on 4/14/17, 2/3/17, 2/5/16.

Q-QuantiFERON-TB Gold drawn on 4/13/17, still awaiting results
AFP-Culture Preliminary report
Sputum/Bronch #1 Acid fast smear negative
Sputum/Bronch #2 Acid fast smear negative
Sputum/Bronch #3 Acid fast smear negative

Also awaiting medication from the CAMP.
Rx: Cefixime, Fluconazole

Lab was drawn this AM Hep B surface Ab, HIV 1/2, Hep C Ab, Hep B surface Ag

**PLAN:**

**Disposition:**
Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 04/17/2017 | Counseling | Access to Care | Whittington, Brandi | Verbalizes Understanding |
| 04/17/2017 | Counseling | Infection Prevention | Whittington, Brandi | Verbalizes Understanding |
| 04/17/2017 | Handout | Hand Washing - English | Whittington, Brandi | Verbalizes Understanding |

# Bureau of Prisons
## Health Services
### Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: FIELDS, CHRISTIAN SENECA | | Reg #: 99390-179 |
| Date of Birth: 06/18/1982 | Sex: M   Race: BLACK | Facility: BMP |
| Encounter Date: 04/25/2017 07:47 | Provider: Henderson, S. NP | Unit: G02 |

Mid Level Provider - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**   Provider: Henderson, S. NP
  Chief Complaint: GENERAL
  Subjective: f/u Pneumonia, feeling much better today
  Sarcoidosis is considered, patient has CT scan pending
  Pain: No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 04/25/2017 | 06:44 BMX | 97.4 | 36.3 | | Latham, Karole RN/IDC |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 04/25/2017 | 06:44 BMX | 54 | | | Latham, Karole RN/IDC |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 04/25/2017 | 06:44 BMX | 18 | Latham, Karole RN/IDC |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 04/25/2017 | 06:44 BMX | 140/82 | | | | Latham, Karole RN/IDC |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 04/25/2017 | 06:44 BMX | 98 | | Latham, Karole RN/IDC |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 04/25/2017 | 06:44 BMX | 69.0 | 175.3 | Latham, Karole RN/IDC |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 04/25/2017 | 06:44 BMX | 162.0 | 73.5 | | Latham, Karole RN/IDC |

**Exam:**
  General
    Appearance
      Yes: Appears Well
  Pulmonary
    Auscultation
      Yes: Clear to Auscultation
  Cardiovascular

| Inmate Name: | FIELDS, CHRISTIAN SENECA | | | Reg #: | 99390-179 |
|---|---|---|---|---|---|
| Date of Birth: | 06/18/1982 | Sex: M | Race: BLACK | Facility: | BMP |
| Encounter Date: | 05/19/2017 09:55 | Provider: | Cockerham, A. FNP | Unit: | G02 |

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 05/01/2017 | 12:23 BMX | 162.0 | 73.5 | | Latham, Karole RN/IDC |

**Exam:**
  **Diagnostics**
    **Radiology**
      Yes: Results
  **General**
    **Appearance**
      Yes: Appears Well, Alert and Oriented x 3
      No: Appears Distressed, Dyspneic, Appears in Pain, Writhing in Pain, Pale, Pallor, Disheveled, Acutely Ill
  **Pulmonary**
    **Observation/Inspection**
      Yes: Within Normal Limits
      No: Coughing, severe w production green/brown mucus, Respiratory Distress
    **Auscultation**
      Yes: Clear to Auscultation

**Exam Comments**
inmate seen in clinic to discuses CT results favoring sacoidosis. inmate also reports hx of eczema, discussed plan of care and management. inmate denies any symptoms at this time and has no complaints in health. inmate reports he no long has a cough which has resolved. inmate started steroids as ordered. instructed on medications and follow up care.

**ASSESSMENT:**

Interstitial pulmonary disease, unspecified, J849 - Remission

**PLAN:**

**Disposition:**
  Follow-up at Sick Call as Needed
  Follow-up at Chronic Care Clinic as Needed
  Discharged to Housing Unit-No Restrictions

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 05/19/2017 | Counseling | Access to Care | Cockerham, A. | Verbalizes Understanding |
| 05/19/2017 | Counseling | Medication Side Effects | Cockerham, A. | Verbalizes Understanding |
| 05/19/2017 | Counseling | Compliance - Treatment | Cockerham, A. | Verbalizes Understanding |
| 05/19/2017 | Counseling | Preventive Health | Cockerham, A. | Verbalizes Understanding |
| 05/19/2017 | Counseling | Plan of Care | Cockerham, A. | Verbalizes Understanding |

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | FIELDS, CHRISTIAN SENECA | Reg #: | 99390-179 |
| Date of Birth: | 06/18/1982   Sex: M   Race: BLACK | Facility: | BMP |
| Encounter Date: | 06/27/2017 09:27   Provider: Henderson, S. NP | Unit: | G02 |

Mid Level Provider - Evaluation encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**    Provider: Henderson, S. NP
**Chief Complaint:** PULMONARY/RESPIRATORY
Subjective: Patient presents with cough and wheezing at night
Recently treated for atypical pneumonia and screened TB
All AFB sputums neg as well as TB gold, CT scan suggestive of sarcoidosis
Pain: No

**ROS:**
Cardiovascular
  General
    No: Exertional dyspnea, Orthopnea, Paroxysmal Nocturnal Dyspnea
Pulmonary
  Respiratory System
    Yes: Hx Pneumonia, Wheezing
    No: DOE, Dyspnea, Hemoptysis, Shortness of breath, Sputum - Blood Tinged, Sputum - Change

**OBJECTIVE:**

Temperature:

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/27/2017 | 07:59 BMX | 97.4 | 36.3 | Tympanic | Cantue, Angela LVN |

Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/27/2017 | 07:59 BMX | 69 | | | Cantue, Angela LVN |

Respirations:

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/27/2017 | 07:59 BMX | 16 | Cantue, Angela LVN |

Blood Pressure:

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/27/2017 | 07:59 BMX | 133/60 | Left Arm | Sitting | Adult-regular | Cantue, Angela LVN |

SaO2:

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 06/27/2017 | 07:59 BMX | 96 | Room Air | Cantue, Angela LVN |

Height:

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 06/27/2017 | 07:59 BMX | 69.5 | 176.5 | Cantue, Angela LVN |

Weight:

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 06/27/2017 | 07:59 BMX | 177.0 | 80.3 | | Cantue, Angela LVN |

Exam:

Generated 06/27/2017 14:01 by Henderson, S. NP        Bureau of Prisons - BMP        Page 1 of 3

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | FIELDS, CHRISTIAN SENECA | Reg #: | 99390-179 |
| Date of Birth: | 06/18/1982      Sex: M   Race: BLACK | Facility: | BMP |
| Encounter Date: | 07/11/2017 12:33   Provider: Cockerham, A. FNP | Unit: | G02 |

Mid Level Provider - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**     Provider: Cockerham, A. FNP
  Chief Complaint: PULMONARY/RESPIRATORY
  Subjective: ==inmate seen in clinic to follow up on cough and congestion. can not rule out sarcoidosis==
  Pain: No

**ROS:**
  **General**
    **Constitutional Symptoms**
      No: Fatigue, Fever, Night Sweats, Unexplained Weight Loss, Weakness
  **Integumentary**
    **Skin**
      Yes: Eczema
  **Pulmonary**
    **Respiratory System**
      Yes: Wheezing
      No: DOE, Dyspnea

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 07/11/2017 | 09:16 BMX | 96.6 | 35.9 | Tympanic | Cantue, Angela LVN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 07/11/2017 | 09:16 BMX | 75 | | | Cantue, Angela LVN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 07/11/2017 | 09:16 BMX | 16 | Cantue, Angela LVN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 07/11/2017 | 09:16 BMX | 137/66 | Left Arm | Sitting | Adult-regular | Cantue, Angela LVN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 07/11/2017 | 09:16 BMX | 97 | Room Air | Cantue, Angela LVN |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 07/11/2017 | 09:16 BMX | 69.5 | 176.5 | Cantue, Angela LVN |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|



# Advanced Diagnostics Healthcare

## Final Report

Accession: 9CA4044-1621931

### Camp -- FCC Beaumont
FBOP 5430 Knauth Rd, Beaumont, Texas, 77720

Patient Name: FIELDS, CHRISTIAN
MRN:
SS: 099390179
Ordering Physician: POLAVARAPU, SREEDHAR
Exam Date: 9/12/2017
Exam Type: X-Ray 71010 - CHEST 1 VIEW
External Notes: reg#27858-077

DOB: 6/18/1982
Gender: M
Age: 35

Clinical Reason: hx of sarcoidosis

Chest 1 View:

Comments:
A single view of the chest was obtained.

The trachea is midline in position. Diffuse peribronchial thickening is noted.

The heart appears within normal limits for size.

The costophrenic angles appear clear.

Reticular airspace opacities are identified throughout both lungs but are most prominent within the right lower lobe.

No pneumothorax.

Impression:
1. Findings are similar compared to the prior study of 07/21/17

Electronically signed by Amesur M.D., Sandeep          9/12/2017 9:14:10 AM

* 9CA4044-1621931 * FIELDS, CHRISTIAN * 6/18/1982 * 099390179 * M *
**Radiology Report**

https://ww2.adhealthcare.com/login/signed_report.aspx?accession=9CA4044-1621931          9/12/2017

10/__/__ __:18AM LEAGUEMEDICAL 4097705012 p.01
000013
Received Fax: 09/29/17 03:44PM Fax Station: LEAGUEMEDICAL
09/29/2017 Fri 16:16    US Imaging    ID: #1318242 Page 1 of 2

99390-179

# Beaumont MRI

3684 College St. * Beaumont, TX 77701 * Phone: (409) 833-1400 * Fax: (409) 833-8181
Community Radiology Associates, PA

99390-179

## RADIOLOGY REPORT

| | | | |
|---|---|---|---|
| PATIENT NAME: | FIELDS, CHRISTIAN | ID#: | 1352639 |
| STUDY DATE: | 09/28/2017 | DOB: | 06/18/1982 |
| REFERRING DR: | DR. SREEDHAR POLAURAPU | FAX: | (409)720-5088 |
| DIAGNOSIS: | Solitary pulmonary nodule | | |

### CHEST CT C/S CONTRAST

CT CHEST WITH CONTRAST

INDICATION: Cough

COMPARISON: May 1, 2017

TECHNIQUE: Multiple contiguous axial CT slices were taken from the lung apices through the domes of diaphragm after intravenous administration of [<100>] cc Ultravist 240 intravenous contrast. CTDI is 11.2 mGy.

FINDINGS:
Innumerable pulmonary nodules are seen throughout the bilateral lungs with more in the right lung than the left. Nodules are more prominent involving upper lobes. An area of consolidation is seen in the right middle lobe. A nodule in the right lower lobe on axial image 57 measures 8 mm not significantly changed in size. A left upper lobe nodule on axial image 52 measures 7 mm not significantly changed in size. No pleural effusion or pneumothorax. There is no lymphadenopathy. Heart and vascular structures unremarkable. Visualized upper abdomen unremarkable. No acute osseous abnormality.

IMPRESSION:

No significant change in size or number of innumerable pulmonary nodules throughout the bilateral lungs. Nodules are more severe in the right lung and more severe involving the upper lobes. Miliary tuberculosis is of concern. Metastatic disease could also cause this appearance if the patient does not have tuberculosis. Similar area of consolidation involving the right middle lobe may represent pneumonia.

RECEIVED OCT 04 2017 BY: _____
FCC Beaumont Camp

Page 1 of 2

# Bureau of Prisons
## Health Services
### Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | FIELDS, CHRISTIAN SENECA | | Reg #: | 99390-179 |
| Date of Birth: | 06/18/1982 | Sex: M  Race: BLACK | Facility: | BMP |
| Note Date: | 10/13/2017 08:50 | Provider: Polavarapu, Sreedhar | Unit: | G02 |

CCC Enroll - CCC Enroll encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**       Provider: Polavarapu, Sreedhar MD

Inmate w chr. undefined Lung problems;
clinically asymptomatic, for most of the time.
so, far TB work up was negative.
rpt CT chest  revealed persistent Lung Nodular lesions, unchanged from 6months ago.
apparently, he feels 'better', post-Steroid Tx!!
?? Sarcoidosis
...

***REVIEW OF SYSTEMS**
a detailed 10Xsystems'-review was done; No sig. health problems/issues [other than those mentioned above & those which are CHRONIC]were identified.
No active/acute MentalHealth issues, that need to be addressed, other than those mentioned earlier in HPI.
--------------------------------------------

***PHYSICAL EXAMINATION***
GENERAL: AA&O X 3 ; No CPP distress; Speech-wnl; In good spirits; Gait-WNL
 HEENT: Unremarkable; PERL-AI ;No icterus; MMS-pink&moist-no jaundice ; Nose- Turbinates WNL;Throat-clear
 NECK: supple w Intact ROM; No Lymphadenopathy-goiter/ No carotid murmer or bruit
LUNGS: AirExchange is fair in both lungs; BS-Bronchovesicular; No ronchi / rales / wheeze
  CVS: Precardium-wnl; S1&S2 regular & well heard;No new murmers; no JVD; PP-palpable
  GI: abdomen- soft NT BS+ No palpable Visceromegaly; no CVA-tenderness/masses;  No Herniae;
    DRE was deferred@Inmate's request.
  GU: Unremarkable
  CNS: CN-2to12 unremarkable; motor function-unremarkable ; M/S=5/5 DTR-2+ Sensory -Intact;
M/S: EXTREMITIES - Unremarkable; no Edema; No s/s of PVD; Homan's  -ve
SKIN: NSAD [& except a few old tattoos]

**Added to clinic(s):** Pulmonary/Respiratory

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 10/13/2017 | 08:44 BMX | 97.0 | 36.1 | | Lahaye, Alyssa LVN |
| 10/10/2017 | 07:36 BMX | 97.5 | 36.4 | | Cantue, Angela LVN |
| 09/28/2017 | 16:28 BMX | 98.9 | 37.2 | Tympanic | Young, Ruby LVN |
| 09/28/2017 | 07:00 BMX | 97.0 | 36.1 | | Latham, Karole RN/IDC |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/13/2017 | 08:44 BMX | 68 | | | Lahaye, Alyssa LVN |
| 10/10/2017 | 07:36 BMX | 66 | | | Cantue, Angela LVN |
| 09/28/2017 | 16:28 BMX | 66 | Via Machine | | Young, Ruby LVN |
| 09/28/2017 | 07:00 BMX | 60 | | | Latham, Karole RN/IDC |

**Respirations:**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: FIELDS, CHRISTIAN SENECA | | Reg #: | 99390-179 |
| Date of Birth: 06/18/1982 | Sex: M  Race: BLACK | Facility: | FTW |
| Encounter Date: 04/02/2020 13:41 | Provider: Schwartz, Ashley PA-C | Unit: | D10 |

Mid Level Provider - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

    **COMPLAINT 1**    Provider: Schwartz, Ashley PA-C
    Chief Complaint: PULMONARY/RESPIRATORY
    Subjective: ==37 yo MCL 3 inmate with h/o lung and skin sarcoidosis. REports has been off hos chronic prednisone regimen. Requesting refill. Reports over last 4 days has noted increased cough with yellow/green sputum. Denies SOB, dyspnea, DOE, hemoptysis, fever, chills, or nasal congestion.==
    Pain: No

**ROS:**
    **General**
        **Constitutional Symptoms**
            No: Chills, Fever, Illness w fever/cough & fatigue >1 week, Night Sweats, Unexplained Weight Loss
    **Cardiovascular**
        **General**
            Yes: Within Normal Limits
    **Pulmonary**
        **Respiratory System**
            Yes: Cough - Productive, Hx Bronchitis, Sputum - Change
            No: DOE, Dyspnea, Hemoptysis, Night Sweats, Orthopnea, Pleurisy, Shortness of breath, Sinus discomfort/bronchial congestion&cough>2-3wks, Wheezing

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 04/02/2020 | 13:43 FTW | 98.1 | 36.7 | | Schwartz, Ashley PA-C |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 04/02/2020 | 13:43 FTW | 63 | | | Schwartz, Ashley PA-C |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 04/02/2020 | 13:43 FTW | 16 | Schwartz, Ashley PA-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 04/02/2020 | 13:43 FTW | 122/71 | | | | Schwartz, Ashley PA-C |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 04/02/2020 | 13:43 FTW | 99 | | Schwartz, Ashley PA-C |

**Exam:**
    **General**

| Inmate Name: | FIELDS, CHRISTIAN SENECA | | | Reg #: | 99390-179 |
|---|---|---|---|---|---|
| Date of Birth: | 06/18/1982 | Sex: M Race: BLACK | | Facility: | FTW |
| Encounter Date: | 04/02/2020 13:41 | Provider: Schwartz, Ashley PA-C | | Unit: | D10 |

**Exam:**

    **Affect**
        Yes: Pleasant, Cooperative

    **Pulmonary**
        **Observation/Inspection**
            Yes: Within Normal Limits
        **Auscultation**
            Yes: Wheezing, Expiratory-Wheezing
            No: Crackles, Rhonchi, Diminished Breath Sounds

    **Cardiovascular**
        **Observation**
            Yes: Within Normal Limits
        **Auscultation**
            Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2
            No: M/R/G

**ASSESSMENT:**

Acute bronchitis, unspecified, J209 - Current
Sarcoidosis, D869 - Current

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | | Order Date |
|---|---|---|---|
| | Doxycycline Hyclate Capsule/Tablet | | 04/02/2020 13:41 |
| | **Prescriber Order:** | 100 mg Orally - Two Times a Day x 10 day(s) | |
| | **Indication:** | Acute bronchitis, unspecified | |

**Renew Medication Orders:**

| Rx# | Medication | | Order Date |
|---|---|---|---|
| 433911-FTW | predniSONE 20 MG Tab | | 04/02/2020 13:41 |
| | **Prescriber Order:** | Take one tablet (20 MG) by mouth each day with food x 30 day(s) | |
| | **Indication:** | Sarcoidosis | |

**Disposition:**

Discharged to Housing Unit with Convalescence
Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed

**Other:**

- afebrile, normal oxygen saturation, mild basilar expiratory wheeze
- Tx for acute bronchitis with Doxy. Resume prednisone. Continue Albuterol inhaler prn
- resume prednisone daily for sarcoidosis
- advised return to sick call for change in sputum, fever, SOB, DOE

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 04/02/2020 | Counseling | Access to Care | Schwartz, Ashley | Verbalizes Understanding |

# Bureau of Prisons
## Health Services
### Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | FIELDS, CHRISTIAN SENECA | | Reg #: | 99390-179 |
| Date of Birth: | 06/18/1982 | Sex: M   Race: BLACK | Facility: | FTW |
| Note Date: | 05/14/2020 10:33 | Provider: Baruti, A. MD | Unit: | D08 |

Review Note - Consultation Report Review encounter performed at Health Services.

**Administrative Notes:**

    **ADMINISTRATIVE NOTE    1**    **Provider:** Baruti, A. MD

    *****Seen by Rheumatology (Telephone consultation), request for follow up and labs.

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-CBC | One Time | 06/29/2020 00:00 | Routine |
| Lab Tests - Short List-General-Rheumatoid Factor | | | |
| Lab Tests-U-Uric Acid | | | |
| Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP) | | | |
| Lab Tests-A-Antinuclear antibody (ANA) | | | |
| Lab Tests-U-Urinalysis w/Reflex to Microscopic | | | |
| Lab Tests-C-Cyclic Citrullinated Peptide Antibodies (CCP) | | | |

    **Additional Information:**

        Rheumatology Consultation

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Rheumatology | 07/28/2020 | 07/28/2020 | Routine | No | |

    **Subtype:**

        Inhouse Rheumatology

    **Reason for Request:**

        37 year old male, seen by Rheumatology 4-28-2020 (Telehealth Phone Consult), history of Pulmonary Sarcoidosis, Gout, Rheumatoid arthritis and Lupus, request for labs and follow up consultation. Completed oral prednisone. Follow up ~ 2 months.

    **Provisional Diagnosis:**

        "Sarcoidosis-abnormal CXR
        ANA + 1: 80 speckled"
        Rheumatoid arthritis
        Osteoarthritis

**Copay Required:** No    **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Baruti, A. MD on 05/14/2020 10:43